**Order entered May 28, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00608-CR

**PHILLIP RAMIREZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1042390-W**

## ORDER

We **GRANT** the State's May 27, 2014 motion to supplement its brief.


/s/     DOUGLAS S. LANG
           PRESIDING JUSTICE